In the Matter of the Application of LEON MENDELSON, Respondent, for an Order against JAMES E. FINEGAN and Others, as Municipal Civil Service Commissioners in and for the City of New York, etc., Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements, on the ground that the municipal civil service commission, in holding the promotion examination involved herein, violated its own rule as to eligibility. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ. [168 Misc. ——.]

STEPHEN DRASCO, Respondent, v. CHARLES T. WILLS, INC., Defendant, Impleaded with MITCHELL-RAND DAMPPROOFING CORP., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH RUBIN and HARRY RUBIN, Appellants.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

JOHN B. PORTER, Respondent, v. GENERAL ACCIDENT FIRE & LIFE ASSURANCE CORP., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

EUGENE A. PERKINS, Plaintiff, v. GUARANTY TRUST COMPANY OF NEW YORK, Defendant, and IDONAH SLADE PERKINS, Appellant. (GUY HUGHES RIEGEL, Petitioner, Respondent.) — Order entered June 15, 1937, fixing the amount of respondent's lien for services, unanimously modified by reducing same to the sum of $4,000, and as so modified affirmed, with costs to the appellant. Orders entered October 17, 1936, and June 10, 1937, respectively, unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

HENRIETTA BURKHARDT, Respondent, v. LEAH K. OSTERMAN and Others, Appellants, Impleaded with Others.— Order, and judgment of foreclosure and sale unanimously modified to the extent of eliminating therefrom the ratification and confirmation of the finding of the referee to compute that the appellants are liable for any deficiency, upon the ground that the referee had no authority to make the finding, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

ROBERT REIS & COMPANY, Respondent, v. MANHATTAN SHIRT COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

HANO PAPER CORPORATION, Respondent, v. F. W. WOOLWORTH Co., Appellant. — Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

ROSE OLSHAN, Appellant, v. MAX TURK and Another, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS J. MCCARTHY, Appellant, Impleaded with Another.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.